Dear mental Health department                    4-25-13

How are you doing? my name is Nathan Taylor #401792 and I am writing this letter to you concerning depression and stress I was a victim of a Hate crime 10-18-2009 some one walked up behind me shot me in my back while walking with a childhood friend and I am also writing to you concerning me being mentally abused by my cellmate 5-c-19 he keep doing unjustified acts of behavior for no reason in this cell he talking about homosexuality in this cell I dont know this guy from Adam and Eve I believe that its all was set up for this guy to be Placed in the cell with me he working with correctional officers he is a (Agent) my cell buddy is a (Agent)(Agent) Provocateur Provocateur Provacative (Agent) An Agent (employed) to induce or incite a Person into commit an a incriminating act, he trying to Provoke me to anger to do something to him by talking about homosexuality thats

the reason why this dude was Placed in the same cell with me he a (Agent) he Playing rectum games my cellmate is (hebephrenia) he wrong for what he is doing. he aint right. he a (Agent) for sure. he were Placed in this cell with me to Play homosexual rectum games that I know for sure he in a group of connive (misconduct) wrongdoings. (scheme)

A Plan or, Program of action a crafty or, secret one to form a scheme for to form Plans also Plot.

I do solemly swear and affirm under the Penalties of Perjury that the contents of the foregoing document are true and correct to the best of my belief knowledge and information Racketeer influenced corrupt organizations violation of R.I.C.O act law Allograph (gestapo)   Nathon Taylor   civil action # 13729

THE UNITED STATES CONSTITUTION

(bribe)(abuse of lawful giving Power)(Allograph)
(misconduct)(misfeasance) violation of
R.I.C.O act law (Hate crime victim) 10-18-09

(Parochial) Baltimore city (gestapo) Police
(Parochialism) hebephrenia (Agony)(gastro)
NATHAN CURTIS TAYLOR DOB 1-7-1986
(intrude) 1999 (gauleiter)(imprecate) 2013
President Thomas Jefferson
THE Declaration of independence 7-4-13
THE 19th Amendment to U.S. Constitution
sex discrimination civil action # 13729
B.B.W (schlub) thats a lie (value) money
merlot ENT (VA) Power bosom (New Jersey)
President George Washington said it is
impossible to rightly govern the world
without   God   and the BIBLE

Jennifer (Annah)(harlotry) 1-9-86-10-18-09 (B.B.W(schlub) that is a lie. value. B.B.W merlot EN+ (VA) Power bosom (New Jersey) 18 US code 2257(a) through (c) and the pertinent regulations 28 CFR Ch 1 Part 75. President Thomas Jefferson order THE Declaration of independence 7-4-13 THE 19th Amendment to U.S. constitution

THE UNITED STATES CONSTITUTION
(bribe)(misconduct)(Allograph) 1-7-86-1999-2013
abuse of lawful giving power (misfeasance)
violation of R.I.C.O act law
No one without lawful reason can read your mail (pry) into your personal or family affairs. civil action # 13-729   nathson taylor

10-18-09

(Kingsbench) A division in the English Superior court system that hears civil and criminal cases. civil action #13-72 9.

ask yourself what you got against me is it my house or. is it the bentley is it my women or. maybe its all three Puff daddy P-diddy

(Hatecrime) Any of various crimes assault civil action #13-729 when motivated by hostility to the victim based on color creed gender or sexual orientation

(hebePhrenia) B,B,W (schlub) thats a lie merlot ENt (VA) Powerbosom (New Jersey)(schlub) B,B,W that is a lie. Psychological Techniques The court of law is the deliberation of truth